UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO J. PETTYJOHNBLUE,<br><br>              Plaintiff,<br><br>   v.<br><br>DELTA AIR LINES INC, ET AL.,<br><br>              Defendants. | Case No. C25-2178-RAJ<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application, Dkt. 1, is deficient. He indicates he earned $0 in income when last employed in June of this year, has $50 of cash on hand, receives an undisclosed amount of government assistance, and has no expenses. Plaintiff must file a revised, signed IFP application within **twenty (20) days** of the date of this Order. He must provide complete and detailed financial information that discloses income received from prior employment and government assistance, any qualifying assets, and expenses. If he has no means

MINUTE ORDER - 1

of support, he must explain how he is able to meet basic expenses, including food and shelter. Failure to comply may result in denial of IFP or dismissal of this matter.[1]

The Clerk is directed to send copies of this Order to the parties and to the assigned District Judge

Dated this 18th day of November, 2025.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

---

[1] On November 4, 2025, the Court informed Plaintiff that his Complaint was missing his signature and that his summons forms were incomplete. Plaintiff was instructed to correct his filing by November 18, 2025, and has not done so.

MINUTE ORDER - 2