27. Plaintiff seeks compensatory and punitive damages, plus equitable relief requiring Delta to implement anti-bias training and oversight.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

a. Enter judgment against Defendants jointly and severally;
b. Award compensatory and punitive damages in an amount to be determined at trial;
c. Order injunctive relief to prevent further civil-rights violations;
d. Award costs and fees as permitted by law; and
e. Grant any further relief the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

## VIII. SIGNATURE BLOCK

Respectfully submitted,
Dated: **November 1, 2025**

/s/ Antonio J. PettyjohnBlue
Antonio J. PettyjohnBlue
Pro Se Plaintiff
P.O. Box 20606
Portland, OR 97211
Email: *Antoniopjblue@gmail.com*
Phone: *(971) 409-8170*

---

# **EXHIBIT INDEX**

| **Exhibit** | **Description** | **Pages** |

Delta's failure to preserve this evidence after notice constitutes potential **spoliation**. Plaintiff hereby places Delta on record that destruction or alteration of these materials may result in sanctions.

---

## 4. Request for Relief

Plaintiff respectfully asks that the Court:

a. Order Delta Air Lines, Inc. to immediately identify and produce any and all recordings, reports, or communications concerning the June 2025 incident;
b. Order Delta to confirm in writing what materials have been preserved;
c. Warn Delta that further loss of evidence may result in sanctions under Rule 37(e); and
d. Grant any further relief deemed just and proper.

---

## 5. Signature

Respectfully submitted,
Dated: November 1, 2025

/s/ Antonio J. PettyjohnBlue         *Antonio pettyJohnBlue*
Pro Se Plaintiff
P.O. Box 20606 Portland, OR 97211
Email: Antoniopjblue@gmail.com    Phone: (971) 409-8170

---

## **EXHIBITS**

**Exhibit A** – Delta Air Lines Flight Confirmation & Itinerary
(Insert IMG_6546–IMG_6550)

**Exhibit B** – Delta Flight Update / Schedule Change Notices
(Insert IMG_6547–IMG_6548)

**Exhibit C** – Settlement Offer & Jurisdictional Correspondence
(Insert IMG_6553–IMG_6558)

**Exhibit D** – Plaintiff's Notice Clarification to Court
(Insert IMG_6555)

FILED
LODGED
RECEIVED

MAIL

DEC 0 1 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## OFFICE OF THE CLERK

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

November 4, 2025

Antonio J Pettyjohnblue
PO BOX 20606
PORTLAND, OR 97211

Your civil action, *Pettyjohnblue v. Delta Air Lines Inc et al*, was filed in the United States District Court – Western District of Washington on November 1, 2025.

The case has been assigned to District Court Judge Richard A. Jones, case number **2:25-cv-02178-RAJ**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

**Improper/Missing Signature**
The Complaint as filed was/were not properly signed or is/are missing a signature. Your document(s) must be properly signed and resubmitted for filing to the Clerk. Signatures must be in accordance with Federal Rule of Civil Procedure 11.
Enclosed is a copy of the page to be signed and returned to the Clerk's Office **by 11/18/2025**.

**Summons Form Incomplete**
Summons(es) as filed did not include complete and/or correct party information as required by Federal Rule of Civil Procedure 4(a)(1). Enclosed is the summons(es) you provided.
Please make the indicated correction(s) and return the summons(es) to the Clerk's Office.

**Additional Notes:** Address for Plaintiff or plaintiff's attorney left blank on summons

The deficiencies must be corrected by the listed deadline(s). Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file




