# 🏛 UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON (Seattle Division)**

2:25-cv-02178-RAJ

**ANTONIO J. PETTYJOHNBLUE**,
Plaintiff,

v.

**DELTA AIR LINES, INC., and UNKNOWN DELTA SECURITY OFFICERS 1–2**,
Defendants.

**Case No.:** (To be assigned by Clerk)

# COMPLAINT FOR:

Civil Rights Violations; Race Discrimination; Negligence; Emotional Distress

**JURY TRIAL DEMANDED**

## TABLE OF CONTENTS

I. Jurisdiction and Venue …… 2
II. Parties …… 2
III. Factual Background …… 3
IV. Causes of Action …… 5
V. Damages …… 8
VI. Relief Requested …… 9
VII. Jury Demand …… 10
VIII. Signature Block …… 10

# I. JURISDICTION AND VENUE

1.  This action arises under 42 U.S.C. §§ 1981, 1983, 2000a, and RCW 49.60.

2. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343 because this case concerns federal civil-rights claims.
3. Venue is proper in the Western District of Washington under 28 U.S.C. § 1391(b), as the events occurred in Seattle, Washington.

## II. PARTIES

4. Plaintiff **Antonio J. PettyjohnBlue** is a U.S. citizen residing in Portland, Oregon.
5. Defendant **Delta Air Lines, Inc.** is a corporation headquartered in Atlanta, Georgia, conducting business in Washington.
6. Defendants **Unknown Delta Security Officers 1–2** are employees or agents of Delta whose identities will be discovered and added.

## III. FACTUAL BACKGROUND

7. On or about June 2025, Plaintiff was returning to the United States from Nigeria on a Delta Air Lines flight with a connection through Seattle-Tacoma International Airport (SEA).
8. Upon arrival, Plaintiff was subjected to racially discriminatory treatment by Delta staff and/or security officers.
9. He was questioned harshly, singled out in front of other passengers, and treated as a suspect without cause.
10. Plaintiff was verbally mistreated and ordered to stand aside while non-Black passengers were allowed to proceed.
11. Plaintiff was publicly humiliated and denied equal service.
12. The conduct caused emotional distress and damaged Plaintiff's ability to travel freely and safely.
13. Plaintiff contacted Delta's customer-relations department to report the incident and seek resolution.
14. Delta either ignored or minimized his complaints, offering no remedy or apology.
15. Plaintiff has suffered continuing anxiety, embarrassment, and financial strain because of Defendants' actions.

## IV. CAUSES OF ACTION

**Count 1 – Violation of 42 U.S.C. § 1981**

16. Defendants intentionally interfered with Plaintiff's right to make and enforce contracts for air travel on equal terms without racial discrimination.

17. Delta's agents treated Plaintiff differently from similarly situated white passengers, thereby violating § 1981.

## Count 2 – Violation of 42 U.S.C. § 2000a (Public Accommodations Act)

18. Delta Air Lines is a public accommodation within the meaning of the Act.

19. By denying Plaintiff equal access to its services because of race, Defendants violated § 2000a.

## Count 3 – Violation of 42 U.S.C. § 1983

20. Delta employees acted jointly with airport security and/or federal agents exercising state authority, constituting action under color of law.

21. Such actions deprived Plaintiff of his rights secured by the Constitution and laws of the United States.

## Count 4 – Violation of RCW 49.60 (Washington Law Against Discrimination)

22. Defendants engaged in unlawful race-based discrimination and retaliation in a place of public accommodation.

23. The acts were intentional and malicious, entitling Plaintiff to damages and injunctive relief.

## Count 5 – Negligent and Intentional Infliction of Emotional Distress

24. Defendants' conduct was extreme, outrageous, and performed with reckless disregard for Plaintiff's rights and dignity.

25. As a direct result, Plaintiff suffered severe emotional distress and mental anguish.

# V. DAMAGES

26. Plaintiff has sustained emotional and psychological harm, loss of time, and damage to his reputation.

27. Plaintiff seeks compensatory and punitive damages, plus equitable relief requiring Delta
to implement anti-bias training and oversight.

---

# VI. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

a. Enter judgment against Defendants jointly and severally;
b. Award compensatory and punitive damages in an amount to be determined at trial;
c. Order injunctive relief to prevent further civil-rights violations;
d. Award costs and fees as permitted by law; and
e. Grant any further relief the Court deems just and proper.

---

# VII. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

---

# VIII. SIGNATURE BLOCK

Respectfully submitted,
Dated: **November 1, 2025**

**/s/ Antonio J. PettyjohnBlue**
Antonio J. PettyjohnBlue
Pro Se Plaintiff
P.O. Box 20606
Portland, OR 97211
Email: *Antoniopjblue@gmail.com*
Phone: *(971) 409-8170*


---

# **EXHIBIT INDEX**

| **Exhibit** | **Description** | **Pages** |

| ----------- | -------------------------------------------------------- | --------- |

| A       | Delta Air Lines Flight Confirmation & Itinerary        | ___      |



# Portland - Abuja

**1.**  Delta Air Lines                    

| | | |
|---|---|---|
| ✈ Thu, **Nov 07** | | Travel time: 25Hr 35m |
| **10:40 AM** → **09:15 PM** | | **3 stops** |
| Portland, PDX      Abuja, ABV | | |

✈ Thu, **Nov 07**                          Travel time: 25Hr 35m

**10:40 AM** → **09:15 PM**                          3 stops

Portland, PDX                          Abuja, ABV

✈ Mon, **Feb 10**                          Travel time: 28Hr 44m

**08:40 PM** → **04:24 PM**                          3 stops

Abuja, ABV                          Portland, PDX

## 1082.59 USD
Total per adult

**View deal**



6:08

# Portland - Abuja

## 3. British Airways



✈ Thu, **Nov 07**

Travel time:
30Hr 13m

02:27 PM → 05:40 AM

Portland, PDX    Abuja, ABV

2 stops

✈ Mon, **Feb 10**

Travel time:
35Hr 19m

08:50 AM → 11:09 AM

Abuja, ABV    Portland, PDX

3 stops

### 1519.51 USD
Total per adult

**View deal**

6:07

# Portland - Abuja

## 2. Air Canada



✈ **Thu, Nov 07**                    Travel time: 22Hr 10m

**10:10 AM** → **05:20 PM**                    2 stops

Portland, PDX    Abuja, ABV

✈ **Mon, Feb 10**                    Travel time: 28Hr 19m

**11:05 PM** → **06:24 PM**                    2 stops

Abuja, ABV    Portland, PDX

**1513.03 USD**
Total per adult

**View deal**

| B        | Delta Flight Update / Schedule Change Notices        | ___     |

6:06

# Update: Your Flight Schedule Has Changed  Inbox

**DeltaAirLines**  Sep 19, 2022

to me ⌄

Here's everything you need to know.



Hello ANTONIOJAMAL,

Your upcoming flight, Trip Confirmation #G4UMHE , has been impacted by schedule adjustments, and your new flight itinerary is listed below as well as on delta.com and the Fly Delta app. There's nothing further you need to do at this time, unless you would like to make any additional changes to your flight. We apologize for the inconvenience this change in schedule



| FLIGHT | SEAT |
|---|---|
| Delta 3622 Main Cabin | Choose Seat |
| Delta 2958 Main Cabin | Choose Seat |
| Delta 8573 Economy | Choose Seat |
| Delta 8730 Economy | Choose Seat |
| Delta 8326 Economy | Choose Seat |
| Delta 221 Main Cabin | Choose Seat |
| Delta 2631 Main Cabin | Choose Seat |

*Delta 3622 is operated by SkyWest DBA Delta Connection
*Delta 8573 is operated by Air France
*Delta 8730 is operated by Air France
*Delta 8326 is operated by Air France



**6:07**  ‖ 5Gᴄᵁ 🔋

‹   FLIGHT/DATE DEPART      ARRIVE   🗑 ✉ •••

## UPDATE - CHANGE

| Delta 3622 | Portland, Oregon | Seattle, |
|---|---|---|
| Thu, December 1 | 9:14 am | Washington 10:40 am |

| Delta 2958 | Seattle, | Detroit, Michigan |
|---|---|---|
| Thu, December 1 | Washington 11:55 am | 7:14 pm |

| ~~Delta 1680~~ | ~~Portland, Oregon~~ | ~~Detroit, Michigan~~ |
|---|---|---|
| ~~Thu, December 1~~ | ~~11:53 am~~ | ~~6:56 pm~~ |

| Delta 8573 | Detroit, Michigan | Charles de Gaulle |
|---|---|---|
| Thu, December 1 | 9:05 pm | 10:55 am ** Fri, December 2 |

| Delta 8730 | Charles de Gaulle | Abuja |
|---|---|---|
| Fri, December 2 | 1:15 pm | 7:20 pm |

| Delta 8326 | Abuja | Charles de |

| C        | Settlement Offer and Jurisdictional Correspondence        | ___      |

6:09    5G

# Final resolution



**me**  Jul 9
to Madelyne ⌄

Dear Counsel,

This letter is submitted in good faith following the filing of my Motion to Compel in the above-captioned matter. While I remain committed to seeing this case through, I am also open to a respectful and fair resolution without prolonging litigation.

I have alleged serious issues involving discrimination and mistreatment during my travel experience, involving Delta and its contractors. These claims are based on my lived experience and supported by



federal court, it has already drawn public attention. However, my priority remains resolution, not retaliation

6:09

Accordingly, I am willing to settle this matter for the following terms:

1. Payment of $70,000.
2. A formal written public apology acknowledging the incident and committing to respectful treatment of all passengers.
3. Ongoing flight accommodations or credits for future Delta travel.

This offer is made without prejudice and is contingent on timely response and good faith participation in resolving the dispute. If these terms are acceptable, I am prepared to execute a formal settlement and withdrawal of all pending motions and claims.

I respectfully request a response within

| D        | Plaintiff's Notice to Court – Clarification of Early Filing | ___      |



I respectfully request a response within seven (7) business days from the date of this letter.

Sincerely,

**Antonio Pettyjohnblue**
Pro Se Plaintiff

- 
- 
- 
- 
- Subject line: **Pettyjohnblue v. Delta – Plaintiff's Notice of Early Filing and Clarification**
- Body:

Counsel,

Attached please find Plaintiff's Notice of Early Filing and Clarification, which was



# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
PORTLAND DIVISION
ANTONIO PETTYJOHNBLUE, Plaintiff,
vs.
DELTA AIR LINES, INC., et al., Defendants.
Case No.: 3:25-cv-01020-YY

## PLAINTIFF'S NOTICE REGARDING EARLY FILING OF MOTION AND CLARIFICATION OF INTENT

COMES NOW Plaintiff, Antonio Pettyjohnblue, appearing pro se, and respectfully submits this Notice to clarify the early filing of a Motion to Compel previously submitted to this Court.

## I. CLARIFICATION

Plaintiff acknowledges that in communication with Defendant's counsel, he had indicated a ten (10) day window for the Defendant to respond to discovery or produce requested materials. Due to an oversight, Plaintiff filed the Motion to Compel before the expiration of the full 10 day



## II. CONTINUED GOOD FAITH

Plaintiff remains willing to confer with Defendant's counsel in a good faith effort to resolve the issue without the need for further Court intervention, should the requested material still be produced within a reasonable timeframe.

## III. REQUEST TO THE COURT

Plaintiff respectfully requests that the Court take this notice under consideration when reviewing the pending motion and permit Plaintiff to supplement or amend if necessary, consistent with FRCP 37(a).

Respectfully submitted,
Dated: July 09, 2025
Antonio Pettyjohnblue
Pro Se Plaintiff

antoniopjblue@gmail.com
971-409-8170

| E        | Final Resolution Letter & Settlement Proposal        | ___      |



Given the denials in your Answer and the claim that Delta has no knowledge of its subcontractor's actions, I will soon be filing a **Motion to Compel Production of Video Evidence**. If the video is no longer available or has been withheld, I will respectfully ask the Court to consider an **adverse inference** under **Rule 37(e)**, due to the potential spoliation of evidence central to this case.

As you are aware, Delta is legally responsible for those it allows to interact with passengers under its authority, including **subcontracted security personnel**. Their misconduct becomes Delta's liability through **non-delegable duty**, **agency theory**, and **negligent supervision or hiring doctrines**.

---

## 🔷 Final Request

This is a good-faith opportunity to resolve this issue respectfully and privately. Given my public presence as a **viral artist and humanitarian**, I am prepared to bring greater visibility to this matter if necessary. However, I believe a resolution now would save all parties unnecessary



---

### 🔷 Settlement Offer

In the interest of resolving this matter without further litigation, I am offering to settle under the following terms:

- **$70,000** in damages;

- **Ongoing flight credits or equivalent travel accommodations**;

- A **public apology** acknowledging the incident and affirming Delta's commitment to improving subcontractor oversight.

If you agree to these terms, I am willing to settle immediately and file a stipulation of dismissal.

---

### 🔷 Jurisdictional Note

I understand that Delta's Answer challenges venue. However, under **Oregon law**, I am a **resident of Oregon**, and the flight in question was **en route to Portland (PDX)** when the incident occurred. The impact and emotional distress continued upon arrival in Portland, and

| F        | Comparative Airline Fare Quotes                    | ___      |



6:07     5G

UPDATE - CHANGE

| Delta 221 Thu, March 2 | Charles de Gaulle 10:30 am | Salt Lake City, Utah 1:15 pm |
|---|---|---|
| | ~~Charles de Gaulle 10:30 am~~ | ~~Salt Lake City, Utah 1:30 pm~~ |

| Delta 2631 Thu, March 2 | Salt Lake City, Utah 3:19 pm | Portland, Oregon 4:17 pm |
|---|---|---|

**FLIGHT** SEAT

| Delta 3622 | Main Cabin | Choose Seat |
|---|---|---|
| Delta 2958 | Main Cabin | Choose Seat |
| Delta 8573 | Economy | Choose Seat |
| Delta 8730 | Economy | Choose Seat |
| Delta 8326 | Economy | Choose Seat |
| Delta 221 | Main Cabin | Choose Seat |
| Delta 2631 | Main Cabin | Choose Seat |

*Delta 3622 is operated by SkyWest DBA Delta Connection
*Delta 8573 is operated by Air France
*Delta 8730 is operated by Air France
*Delta 8326 is operated by Air France



**6:07**

< FLIGHT/DATE DEPART    ARRIVE

## UPDATE - CHANGE

| Delta 3622 Thu, December 1 | Portland, Oregon 9:14 am | Seattle, Washington 10:40 am |

| Delta 2958 Thu, December 1 | Seattle, Washington 11:55 am | Detroit, Michigan 7:14 pm |

| ~~Delta 1680 Thu, December 1~~ | ~~Portland, Oregon 11:53 am~~ | ~~Detroit, Michigan 6:56 pm~~ |

| Delta 8573 Thu, December 1 | Detroit, Michigan 9:05 pm | Charles de Gaulle 10:55 am ** Fri, December 2 |

| Delta 8730 Fri, December 2 | Charles de Gaulle 1:15 pm | Abuja 7:20 pm |

| Delta 8326 | Abuja | Charles de |

| G        | Motion to Compel / Rule 37(e) Spoliation Notice        | ___    | **EXHIBIT**

# G

## MOTION TO COMPEL / RULE 37(e) SPOLIATION NOTICE

*(Filed as Exhibit G in support of Complaint – PettyjohnBlue v. Delta Air Lines, Inc.)*

**Plaintiff:** Antonio J. PettyjohnBlue
**Defendant:** Delta Air Lines, Inc. and Unknown Delta Security Officers 1–2
**Case No.:** (To be assigned by Clerk)

---

## 1. Background

Plaintiff previously contacted Delta Air Lines' customer-relations and security departments regarding the discriminatory incident that occurred at Seattle-Tacoma International Airport in June 2025.
Plaintiff requested copies of surveillance footage, incident reports, and related communications involving Delta staff and security personnel.
Despite multiple written requests, Delta failed to preserve or produce these materials.

---

## 2. Good Faith Request for Disclosure

Plaintiff made these requests in writing on or about July 2025 and again in August 2025, seeking:

1. Video recordings from the jet bridge and arrival-gate area.
2. Copies of any Delta or airport incident reports referencing Plaintiff.
3. Internal Delta communications regarding Plaintiff's arrival or questioning.
4. Names or identification numbers of the security officers involved.

Delta's customer-relations department acknowledged receipt but did not provide the requested materials or confirm preservation.

---

## 3. Rule 37(e) Notice of Potential Spoliation

Under **Federal Rule of Civil Procedure 37(e)**, parties have a duty to preserve electronically stored information (ESI) once litigation is reasonably anticipated.

Delta's failure to preserve this evidence after notice constitutes potential **spoliation**. Plaintiff hereby places Delta on record that destruction or alteration of these materials may result in sanctions.

---

## 4. Request for Relief

Plaintiff respectfully asks that the Court:

a. Order Delta Air Lines, Inc. to immediately identify and produce any and all recordings, reports, or communications concerning the June 2025 incident;
b. Order Delta to confirm in writing what materials have been preserved;
c. Warn Delta that further loss of evidence may result in sanctions under Rule 37(e); and
d. Grant any further relief deemed just and proper.

---

## 5. Signature

Respectfully submitted,
Dated: November 1, 2025

**/s/ Antonio J. PettyjohnBlue**
Pro Se Plaintiff
P.O. Box 20606 Portland, OR 97211
Email: Antoniopjblue@gmail.com   Phone: (971) 409-8170

---

## **EXHIBITS**

**Exhibit A** – Delta Air Lines Flight Confirmation & Itinerary
(Insert IMG_6546–IMG_6550)

**Exhibit B** – Delta Flight Update / Schedule Change Notices
(Insert IMG_6547–IMG_6548)

**Exhibit C** – Settlement Offer & Jurisdictional Correspondence
(Insert IMG_6553–IMG_6558)

**Exhibit D** – Plaintiff's Notice Clarification to Court
(Insert IMG_6555)

**Exhibit E** – Final Resolution Letter & Settlement Proposal
(Insert IMG_6556–IMG_6557)

**Exhibit F** – Comparative Airline Fare Quotes
(Insert IMG_6545, IMG_6558)

**Exhibit G** – Motion to Compel / Rule 37(e) Spoliation Notice
(Insert IMG_6551–IMG_6554)


**CERTIFICATE OF SERVICE**

I hereby certify that on **November 1, 2025**, I submitted the foregoing documents for filing with the **U.S. District Court, Western District of Washington (Seattle Division)** via email to *newcases.seattle@wawd.uscourts.gov.*

I understand that once a case number is assigned, I will serve the defendants (**Delta Air Lines, Inc.** and **Unknown Delta Security Officers 1–2**) via certified mail or personal service under **Federal Rule of Civil Procedure 4.**

**/s/ Antonio J. PettyjohnBlue**
Pro Se Plaintiff
P.O. Box 20606 Portland, OR 97211
Email: Antoniopjblue@gmail.com Phone: (971) 409-8170


---